IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -9 PM 3:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JOHN BOWERS,

    Petitioner,

vs.                                            No. 05-2128-M

UNITED STATES,

    Respondent.

### ORDER

Upon motion of the petitioner, and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that he shall have until October 31, 2005 within which to retain counsel to represent him in this cause and to file an amended petition, if he and his counsel deem it warranted.

Entered this 9th day of September, 2005.

_____
~~SAMUEL H. MAYS, JR.~~
United States ~~District~~ Judge
Magistrate

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-14-05

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02128 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

John Arthur Bowers
FPC-MILLINGTON
19263-076
PO Box 2000
Millington, TN 38083--200

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT