IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 12 PM 4: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JOHN BOWERS,

    Petitioner,

VS.     NO. 05-2128-Ma

UNITED STATES OF AMERICA,

    Respondent.

## ORDER ALLOWING LIMITED APPEARANCE

Before the court is the motion of counsel Michael J. Stengel, requesting forty-five (45) days within which to investigate whether petitioner John Bowers has factual and legal bases to amend his petition. Petitioner requests that he be allowed until October 31, 2005, within which to obtain counsel and file an amended petition. For good cause shown, the motion is granted. Michael J. Stengel is allowed to appear in this matter for the limited purpose of investigating petitioner's petition. Petitioner shall have to and including October 31, 2005, within which to obtain counsel and file an amended petition if he so desires.

It is so ORDERED this 9th day of September, 2005.

                      SAMUEL H. MAYS, JR.
                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02128 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

John Arthur Bowers
FPC-MILLINGTON
19263-076
PO Box 2000
Millington, TN 38083--200

Honorable Samuel Mays
US DISTRICT COURT