IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                  NO. 05-2128-MaV

JOHN ARTHUR BOWERS,

    Defendant.

---

ORDER GRANTING MOTION TO WITHDRAW *HABEAS CORPUS* PETITION
AND DISMISSING CASE

---

Before the court is the defendant's March 10, 2008, motion to withdraw his *habeas corpus* petition. For good cause shown, the motion is GRANTED and the defendant may withdraw his *habeas corpus* petition. This case is therefore DISMISSED in its entirety.

It is so ORDERED this 12th day of March, 2008.

                                          s/ Samuel H. Mays, Jr.
                                          UNITED STATES DISTRICT JUDGE

05-2128.Dismiss.wpd